**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6845**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GRACE MARGARET BIDMEAD, a/k/a Grace Barton,
a/k/a April Griffin, a/k/a Ruth Anne Morgan,
a/k/a Jamie Hart, a/k/a Kelly Griffin,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CR-92-403-A)

———————

Submitted:  January 22, 1998      Decided:  February 4, 1998

———————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Grace Margaret Bidmead, Appellant Pro Se.  Thomas More Hollenhorst,
Assistant  United  States  Attorney,  Alexandria,  Virginia,  for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying her motion for reduction in her sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Bidmead</u>, No. CR-92-403-A (E.D. Va. Apr. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>